FILED

10/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0638

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0638

_____

WJG, LLC, a Montana Limited
Liability Company,

      Plaintiff and Appellee,

   v.                                   O R D E R

BOBBI HURLEY & JOHN AND
JANE DOES, 1-10,

      Defendant and Appellant.

_____

On August 23, 2022, Appellant Bobbi Hurley was granted a sixth extension of time to file and serve her opening brief on or before September 23, 2022. During the pendency of that extension of time, on September 9, 2022, Appellee WJG, LLC, via counsel, moved to dismiss this appeal. Hurley did not file her opening brief and it is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than October 24, 2022. **No further extensions will be granted.** Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 3 2022